IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

OTIS ROBERT JACKSON, SR.  )
          )
   Plaintiff,      )
v.             )   Civil Action No. 3:14CV516–HEH
          )
ARMOR CORRECTIONAL   )
HEALTH, *et al.*,      )
          )
   Defendants.    )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on August 4, 2014, the Court conditionally docketed Plaintiff's action. On August 13, 2014, United States Postal Service returned the August 4, 2014 Memorandum Order to the Court marked, "RETURN TO SENDER" and "INMATE NO LONGER AT MEHERRIN RIVER REGIONAL JAIL." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                              /s/
                          HENRY E. HUDSON
Date: August 18, 2014    UNITED STATES DISTRICT JUDGE
Richmond, Virginia